# United States Court of Appeals
## FOR THE EIGHTH CIRCUIT

_____

No. 10-2821

_____

Douglas W. Bean,                               *
                                               *
              Appellant,                       *
                                               *  Appeal from the United States
       v.                                      *  District Court for the
                                               *  Western District of Arkansas.
Michael J. Astrue, Commissioner,               *
Social Security Administration,                *  [UNPUBLISHED]
                                               *
              Appellee.                        *

_____

Submitted:  February 22, 2011
    Filed:  February 25, 2011

_____

Before WOLLMAN, BOWMAN, and SMITH, Circuit Judges.

_____

PER CURIAM.

Douglas W. Bean appeals the district court's[1] order affirming the denial of disability insurance benefits and supplemental security income. Upon de novo review, see Van Vickle v. Astrue, 539 F.3d 825, 828 & n.2 (8th Cir. 2008), we find that the administrative law judge's credibility determination is entitled to deference, see Halverson v. Astrue, 600 F.3d 922, 932 (8th Cir. 2010). We reject as meritless Bean's

_____

[1]The Honorable James R. Marschewski, United States Magistrate Judge for the Western District of Arkansas, to whom the case was referred for final disposition by consent of the parties pursuant to 28 U.S.C. § 636(c).

remaining arguments for reversal.  Accordingly, the judgment is affirmed.  <u>See</u> 8th Cir. R. 47B.

_____